
Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNARD ROSS HANSEN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2:25-cv-01088-RAJ<br><br>ORDER REGARDING PETITIONER'S WAIVER OF ATTORNEY-CLIENT AND WORK-PRODUCT PRIVILEGES |

Having reviewed the United States' motion, and for good cause shown, the Court finds that, by raising claims of ineffective assistance of counsel in his 28 U.S.C. § 2255 motion, petitioner Bernard Ross Hansen has waived attorney-client and work-product privileges with respect to the following subjects:

- ■ any alleged, or actual, conflict of interest Angelo Calfo had relating to his representation of Hansen at trial;

- ■ any decision not to call any person as a fact witness or expert witness, and the reason for any such decision;

- ■ Hansen's decision not to testify in his own defense, and any advice given to Hansen as to whether or not he should testify in his own defense;

- ■ Hansen's input into his own defense, and any actions taken to limit Hansen's input into his own defense;

ORDER RE: WAIVER OF PRIVILEGE – 1
*Hansen v. United States*, 2:25-cv-01088-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The number of meetings and telephone calls between any defense lawyer and Hansen relating to his defense, the participants in any such meetings and calls (including whether these included Angelo Calfo), and the contents of any such meetings and calls;

- Discussions and other communications relating to Hansen's supposed defense that NWTM was in bankruptcy, and that Hansen therefore was not permitted to pay customers;

- The amount of time that attorneys and legal staff spent preparing for Hansen's trial, before and during trial;

- Whether Hansen's attorneys reviewed FBI 302 reports with him, and why they did or did not do so;

- Whether Hansen's attorneys reviewed other materials in the case, including hundreds of boxes of paper files, with him, and why they did or did not do so;

- Whether Hansen's attorneys interviewed government witnesses, and why they did or did not do so; and

- Whether Hansen's attorneys discussed government witnesses with Hansen, and why they did or did not do so.

The Court authorizes Hansen's prior attorneys Angelo Calfo, Henry Phillips, and Anna Cavnar to provide to the government otherwise-privileged information on each of these subjects that relates to their representation of Hansen in Case No. 18-cr-00092-RAJ (W.D. Wash.). Angelo Calfo, Henry Phillips, and Anna Cavnar are authorized to provide all documents relating to each subject, including all communications with Hansen and all other documents evidencing any such communications. They also may provide evidence in the form of declarations, affidavits, testimony, or any other form.

Absent further order from the Court, the evidence provided under this Order may be used solely for the purpose of litigating Hansen's § 2255 motion and may not be admitted against Hansen in any other proceeding.

ORDER RE: WAIVER OF PRIVILEGE – 2
*Hansen v. United States*, 2:25-cv-01088-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

This Order will remain in effect even after the Court has ruled on Hansen's § 2255 motion. Both parties retain the right to apply to the Court for modification of this Order.

IT IS SO ORDERED.

Dated this 29th day of August, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER RE: WAIVER OF PRIVILEGE – 3
*Hansen v. United States*, 2:25-cv-01088-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970